

**BOHMAN | MORSE**
bespoke representation

400 POYDRAS STREET, SUITE 2050, NEW ORLEANS, LA 70130

HARRY E. MORSE
PHONE: (504) 930-4030
FAX: (888) 217-2744
Harry@BohmanMorse.com

May 14, 2025

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edwards Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:   Liberty Mutual vs Royal White Cement
      Case No. 25-30189
      On appeal from the United States District Court for the
      Eastern District of Louisiana, 23-cv-03258

Dear Clerk:

   Appellant Royal White Cement asks this Court for a thirty-day extension to file its brief, until Thursday, July 3, 2025. Counsel for Liberty Mutual have been contacted and all appellees consent to this request. Royal White Cement asks for the extension as the current briefing schedule conflicts with Royal White Cement's trial schedule and pretrial briefing deadlines, allowing counsel adequate time to prepare the brief.

Sincerely,

**HARRY E. MORSE**

CC: All counsel