# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

Mr. Harry E. Morse
Bohman Morse, L.L.C.
400 Poydras Street
Suite 2050
New Orleans, LA 70130

Mr. Kaliste Joseph Saloom IV
Mahtook & Lafleur, L.L.C.
600 Jefferson Street
Suite 1000
Lafayette, LA 70501

    No. 25-30189    Liberty Mutual v. Royal White
                           USDC No. 2:23-CV-3258

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray. We request that all copies be spirally bound.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                                          Sincerely,

```
                              LYLE W. CAYCE, Clerk


                         By: _____
                             Kim M. Pollard, Deputy Clerk
                             504-310-7635
```

cc:
　　Mr. Robert A. Mahtook Jr.
　　Mr. Cayce Peterson