No. 25-30189
IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Liberty Mutual Insurance Company,

Plaintiff - Appellee
v.
Royal White Cement, Incorporated,

Defendant - Appellant

**On Appeal from**

United States District Court for the Eastern District of Louisiana

2:23-CV-3258

**JOINT STIPULATION TO DISMISS APPEAL**

Defendant-Appellant, Royal White Cement, Incorporated, and Plaintiff-Appellee, Liberty Mutual Insurance Company, hereby stipulate that the above-captioned appeal is voluntarily dismissed with prejudice pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure. The parties further stipulate and agree that each party shall bear its own costs, if any.

Dated: October 29, 2025

| | |
|---|---|
| s/Harry E. Morse | s/Robert A. Mahtook, Jr. |
| Harry E. Morse | Robert A. Mahtook, Jr. |
| Bohman Morse, L.L.C. | Kaliste Joseph Saloom IV |
| 400 Poydras Street | Mahtook & LaFleur, L.L.C. |
| New Orleans, LA 70130 | 600 Jefferson Street, Suite 1000 |
| | Lafayette, LA 70501 |
| Cayce Peterson | *For Plaintiff-Appellee, Liberty* |
| JJC Law, LLC | *Mutual Insurance Company* |
| 111 Veterans Memorial Blvd | |
| Metairie, LA 70005 | |
| *For Defendant-Appellant, Royal* | |
| *White Cement, Incorporated* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has on this day been served on all known counsel of record in this proceeding by CM/ECF Court Filing System.

Lafayette, Louisiana, this 29th day of October, 2025.

s/Robert A. Mahtook, Jr.
ROBERT A. MAHTOOK, JR.